# Court of Appeals
# of the State of Georgia

ATLANTA,   April 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1371.  LORRAINE MARY PETGRAVE v. U. S. BANK, N. A.**

Lorraine Mary Petgrave filed suit against U. S. Bank, N. A., alleging, inter alia, a quiet title claim.  After the trial court dismissed the complaint, Petgrave appealed to this Court. The Supreme Court, however, has original appellate jurisdiction over cases involving title to land.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III.  Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court.  See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).  Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/08/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*